

HAROLD SHEPHERD, by his next friend, WESLEY A. SHEPHERD, Appellant, v. W. H. BREMNER, Receiver for the M. & St. L. Ry. Co., Appellee.

No. 42841.

INDEPENDENT SCHOOL DISTRICT of Dubuque, Appellee, v. FRANK A. SASS, Defendant, et al., Appellants; AMERICAN TRUST AND SAVINGS BANK, Cross-petition Appellee.

No. 42760.